05 114 L

JDrecused, JMrecused, PBrecused, RLOUC, [illegible]recused

# U.S. District Court
# District of New Hampshire (Concord)
# CIVIL DOCKET FOR CASE #: 1:05-cv-00063-SM

Anic et al v. LaFontaine et al
Assigned to: Chief Judge Steven J. McAuliffe
Referred to: Magistrate Judge James R. Muirhead
Cause: 42:1981 Civil Rights

Date Filed: 02/22/2005
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Zelkjo Anic**

represented by **Zelkjo Anic**
20 Blaine St
Manchester, NH 03102
PRO SE

**Plaintiff**

**Bolero LLC**

V.

**Defendant**

**Robert LaFontaine**

**Defendant**

**Tower Realty Group**

CERTIFIED TO BE A TRUE COPY
JAMES R. STARR, CLERK
BY: Meliss Barrett
DEPUTY CLERK
3-11-05

| Date Filed | # | Docket Text |
|---|---|---|
| 02/22/2005 | 1 | COMPLAINT against Robert LaFontaine, Tower Realty Group with Jury Demand ( Filing fee $ 250 receipt number 026809) filed by Zelkjo Anic, Bolero LLC. (Attachments:, # 1 Attachments/Appendices 1-12 to the Complaint)(jeb, ) (Entered: 02/24/2005) |
| 02/23/2005 | 2 | MOTION for Preliminary and Permanent Injunctive Relief with proposed order attached filed by Zelkjo Anic, Bolero LLC (jeb, ) (Entered: 02/24/2005) |
| 02/23/2005 | | Summons Issued as to Robert LaFontaine, Tower Realty Group.(jeb, ) (Entered: 02/24/2005) |
| 02/23/2005 | | NOTICE sent. This is not an Electronic Case. The case will be maintained in paper format. (jeb, ) (Entered: 02/24/2005) |
| 03/07/2005 | 3 | **ORDER OF RECUSAL due to the existence of a close relationship between a member of the court's staff and a party in the suit. Signed by Chief Judge Steven J. McAuliffe, Judge Joseph DiClerico, Judge** |

| | | |
|---|---|---|
| | | **Barbadoro, and Magistrate Judge Muirhead. (jab, )** (Entered: 03/09/2005) |
| 03/07/2005 | 4 | **ORDER. All of the judges are recused, case transferred to District of Rhode Island. Concurring Order sent. Miscellaneous Deadline set for 3/28/2005. Signed by Judge Steven J. McAuliffe. (jab, )** (Entered: 03/09/2005) |
| 03/10/2005 | 5 | **ORDER re: concurrence in the assignment of a magistrate Judge from the transferee distict to perform the duties specified in 28 U.S.C. 636(a)-(c) re: 4 Designated Case Order Out. Signed by Judge Steven J. McAuliffe. (jab, )** (Entered: 03/10/2005) |
| 03/10/2005 | 6 | **PROCEDURAL ORDER. Due to recusal of NH judges, case referred to Rhode Island. Original filings shall continue in NH with copies to Rhode Island. Both District Court numbers must appear on all pleadings. Signed by Clerk, James R. Starr. (jab, )** (Entered: 03/10/2005) |