UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
MAR 07 2005
FILED

05

Zelkjo Anic and Bolero, LLC,
Plaintiffs

v. Civil No. 05-63-SM

Robert LaFontaine and
Tower Realty Group,
Defendants

**RECUSAL ORDER**

Due to the existence of a close relationship between a member of the court's staff and a party in suit, the undersigned hereby recuse themselves from presiding over this case.

**SO ORDERED.**

March 7th, 2005

Steven J. McAuliffe
Chief Judge

March 7, 2005

Joseph A. DiClerico, Jr.
United States District Judge

March 7, 2005

Paul Barbadoro
United States District Judge

March 7, 2005

James R. Muirhead
United States Magistrate Judge

3

cc: √Zelkjo Anic, *pro se*

LG

... TO BE A TRUE COPY
JAMES R. STARR, CLERK
BY: Juliet Barrett
DEPUTY CLERK 3/11/05

4