U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2005 MAR 10 P 12:03

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

CA 05 114

Zelkjo Anic and Bolero, LLC,
Plaintiffs

v. Civil No. 05-63-SM

Robert LaFontaine and
Tower Realty Group,
Defendants

**O R D E R**

All of the judges in this District were recused from presiding over this case on March 7, 2005. Accordingly, the case was transferred to the District of Rhode Island.

The recusal of all of the judges on this court gives rise to an "emergency" with respect to the transferred case as that term is used in 28 U.S.C. § 636(f). I therefore concur in the assignment of a Magistrate Judge from the transferee district to perform the duties specified in 28 U.S.C. § 636(a)-(c).

**SO ORDERED.**

Steven J. McAuliffe
Chief Judge

March 10, 2005

cc: LG ✓Zelkjo Anic, *pro se*
Clerk, USDC, Rhode Island

CERTIFIED TO BE A TRUE COPY
JAMES R. STARR, CLERK

BY: Judith Barrett
DEPUTY CLERK
3-11-05

5

**Concurring Order**

I concur that an emergency exists as specified above and that for the duration of this case Magistrate Judge ____________ is assigned to perform such duties under 28 U.S.C. § 636(a)-(c) as may be assigned to him by the District Judge to whom this case is assigned.

______________________________
Chief Judge, Assignee District

Date:________________________

cc: Zelkjo Anic, *pro se*
Clerk, USDC, Rhode Island