US 114L

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
MAR 07 2005
FILED

Zelkjo Anic and Bolero, LLC,
Plaintiffs

v. Civil No. 05-63-SM

Robert LaFontaine and
Tower Realty Group,
Defendants

**TRANSFER ORDER**

All of the judges in this District are recused from presiding over this case. Accordingly, the case shall be transferred to the District of Rhode Island.

**SO ORDERED.**

Steven J. McAuliffe
Chief Judge

March 7th, 2005

cc: Zelkjo Anic, *pro se*
LG

CERTIFIED TO BE A TRUE COPY
JAMES R. STARR, CLERK
BY: Judith Barrett
DEPUTY CLERK
3-11-05

(7)