**UNITED STATE DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

ZELKJO ANIC
BOLERO LLC

vs. CA NO. 05-114L

Robert Lafontaine and Tower Realty Group

**SHOW CAUSE ORDER**

This case was filed in the District of New Hampshire on February 23, 2005. The Judges, in the District of New Hampshire, recused themselves from this case. On March 7, 2005, an Order was entered by the District Court in New Hampshire, transferring the case to this court. As of this date, no action has been taken to prosecute this case.

Therefore, the Plaintiff shall show cause, on July 15, 2005 at 10:30 am in Courtroom 4 at the US District Court, One Exchange Plaza, Providence, RI 02903, as to why this case should not be dismissed for lack of prosecution, without prejudice.

ENTER:

Ronald R. Lagueux

**Ronald R. Lagueux**
Senior U.S. District Judge

Date: July 6, 2005

ORDER:

______________________________
Barbara J. Gilfillan