UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Zelkjo Anic<br>Bolero LLC<br>Plaintiffs,<br><br>v.<br><br>Robert LaFontaine and<br>Tower Realty Group<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: | C.A. No. 05-114-L |

JUDGMENT

**[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

**[ x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:

**Judgment** shall enter for the defendants Robert LaFontaine and Tower Realty Group, in accordance with the Court's Order dated 7/15/05 dismissing the case without prejudice, for lack of prosecution.

Deputy Clerk
July 19, 2005