# *UNITED STATES DISTRICT COURT*
# *FOR THE DISTRICT OF RHODE ISLAND*

## CLERK'S MINUTES

**CASE NUMBER: CA 05-0114L** **DATE: July 15, 2005**

**TITLE OF CASE: Zelkjo Anic v. Robert Lafontaine**

---

Senior, U.S. District Judge Ronald R. Lagueux

COURTROOM CLERK: James E. Webb

COURT REPORTER - Karen Zinni

---

Show cause hearing held

Atty. for Plaintiff No one appeared counsel or plaintiff

Atty. for Tower Reality Richard Mulvee. property manager

Matter will be dismiss.

Judge will prepare order.